# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON,** | ) ) ) ) |  |
| Plaintiff, | ) ) |  |
| v. | ) ) | Civil Action No. 05-0806 (RMC) |
| **NATIONAL INDIAN GAMING COMMISSION,** | ) ) ) ) |  |
| Defendant. | ) ) |  |

## ORDER

For the reasons stated in the Memorandum Opinion filed separately and contemporaneously herewith, it is hereby

**ORDERED** that Defendant's Motion for Summary Judgment [Dkt. # 18] is **GRANTED**.

**IT IS FURTHER ORDERED** that the case is dismissed from the docket of the Court. This is a final appealable order. *See* Fed. R. App. P. 4(a).

**SO ORDERED.**


Date: December 12, 2006                                /s/
                                                      ROSEMARY M. COLLYER
                                                      United States District Judge